PER CURIAM.
Affirmed. See: Freeman v. Bandlow, 143 So.2d 547 (Fla.2d DCA 1962); Bailey v. Sympson, 148 So.2d 729 (Fla.3d DCA 1963); Ingle v. Cochran, 151 So.2d 63 (Fla.1st DCA 1963); Shaw v. Puleo, 159 So.2d 641 (Fla.1964); Miller v. James, 187 So.2d 901 (Fla.2d DCA 1966); Merritt v. Williams, 295 So.2d 310 (Fla.1st DCA 1974); Lassitter v. International Union of Operating Engineers, 349 So.2d 622 (Fla.1977); Sweeney v. Wiggins, 350 So.2d 536 (Fla.3d DCA 1977).